IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL E. CAIN, et al. : CIVIL ACTION
:
v. :
:
COUNTRYWIDE HOME LOANS, INC., :
et al. : NO. 10-6018

ORDER

AND NOW, this 14th day of December, 2010, upon consideration of the plaintiffs' Motion to Remand (Docket No. 12), the defendants' responses thereto, the plaintiffs' reply, and the responses to the Court's Order to Show Cause dated November 12, 2010, IT IS HEREBY ORDERED, for the reasons set forth in a memorandum of law bearing today's date, that the motion is GRANTED. The above-captioned matter shall be REMANDED to the Court of Common Pleas for Montgomery County. The Clerk of Court shall mark this case as closed for statistical purposes. IT IS FURTHER ORDERED that the defendant First American Title Insurance Company's Motion to Dismiss (Docket No. 9) is DENIED AS MOOT.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.